# Third District Court of Appeal

### State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0830
Lower Tribunal No. 15-9106
_____

**Preserve Grove Isle, LLC, etc.,**
Appellant,

vs.

**Grove Isle Yacht & Tennis Club, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Law Offices of Alan Goldfarb, P.A., and Alan Goldfarb and David C. Appleby, for appellant.

White & Case LLP, and Raoul G. Cantero, Maria Beguiristain and Veronica Gordon; Shubin & Bass, P.A., and John K. Shubin and Juan J. Farach; Weiss Serota Helfman Cole & Bierman, P.L., and Joseph H. Serota and Laura K. Wendell, for appellees.

Before FERNANDEZ, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Woodside Vill. Condo. Ass'n v. Jahren</u>, 806 So. 2d 452, 460 (Fla. 2002) ("when an amendment has been passed by an association's membership it would presume the restriction is valid and uphold it unless it was shown that the restriction was arbitrary, against public policy, or in violation of some fundamental constitutional right"); <u>Grove Isle Ass'n v. Grove Isle Assocs.</u>, 137 So. 3d 1081, 1091 (Fla. 3d DCA 2014) (citing <u>Woodside Vill. Condo. Ass'n</u>).